# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY ADNEY,<br><br>    Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No. 1:16-cv-00976-DAD-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE** |

On April 11, 2017, the parties filed a stipulation dismissing this action with prejudice, with each party to bear their own fees and costs. (ECF No. 18.) All parties have agreed to the stipulation. In light of the stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **April 12, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE